NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OCEAN SEMICONDUCTOR LLC,**
*Appellant*

**v.**

**APPLIED MATERIALS, INC.,**
*Appellee*

---

2023-1726

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01340.

---

**JUDGMENT**

---

JOSEPH J. ZITO, Dnl Zito Castellano, Washington, DC, argued for appellant.

JENNIFER NOCK, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellee. Also represented by KRISTEN LOGAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2024
Date

Jarrett B. Perlow
Clerk of Court